# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, et. al, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, Administrator, U.S. Environmental Protection Agency, <br><br> Respondents. | No. 21-70160 |

## STATUS REPORT PURSUANT TO
## THE COURT'S OCTOBER 28, 2021 ORDER

Respondents U.S. Environmental Protection Agency and Michael Regan, Administrator, U.S. Environmental Protection Agency (together, "EPA") submit this status report pursuant to this Court's October 28, 2021 Order. *See* Docket Entry 20.

1. At dispute is determinations of no unreasonable risk made in EPA's "Risk Evaluation for Asbestos Part 1: Chrysotile Asbestos," issued pursuant to section 6(b) of the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2605(b).

2. Before merits briefing began, the parties reached an agreement resolving this petition for review. Under the agreement, the parties jointly moved

for the Court to hold this case in abeyance while EPA develops Part 2 of the risk evaluation for asbestos.

3. Under the agreement, EPA agreed, in part, to issue a draft scoping document for the Part 2 risk evaluation in accordance with 15 U.S.C. § 2605(b)(4)(D) and 40 C.F.R. § 702.41(c). Subsequent to finalizing the scope document, EPA will develop Part 2 of the risk evaluation for asbestos.

4. In the parties' joint motion to hold the case in abeyance, *see* Docket Entry 19, EPA estimated that it would publish a draft scope document for Part 2 of the risk evaluation for asbestos by December 31, 2021; and the final scope document by June 30, 2022.

5. EPA published the draft scope document for Part 2 of the risk evaluation on December 29, 2021. *See* 86 Fed. Reg. 74,088 (Dec. 29, 2021). On February 10, 2022, EPA extended the end of the public comment period for the draft scope document from February 14, 2022 until March 1, 2022. *See* 87 Fed. Reg. 7,833 (Feb. 10, 2022). EPA published the final scope document on June 29, 2022. *See* 87 Fed. Reg. 38,746 (June 29, 2022).

6. On August 2, 2023, EPA released a whitepaper titled "White Paper: Quantitative Human Health Approach to be Applied in the Risk Evaluation for Asbestos Part 2 – Supplemental Evaluation including Legacy Uses and Associated

Disposals of Asbestos." EPA provided a 60-day comment period on the whitepaper, which ran from August 3, 2023 through October 2, 2023.

7. The whitepaper, final questions identifying the scientific and technical issues on which EPA would like feedback, and public comments received by October 2, 2023 will be provided to peer reviewers for consideration. The letter peer review is expected to begin October 25, 2023, and end November 24, 2023. Feedback from the letter peer review will be considered by EPA in the development of the Part 2 risk evaluation for asbestos, a draft of which will be released subsequently for public comment, along with a separate response document to comments on the whitepaper.

8. EPA's next status report to this Court is due on April 8, 2023. *See* Docket Entry 20.

Dated: October 10, 2023          Respectfully submitted,


                                 /s/ *Jeffrey Hughes*
                                 Jeffrey Hughes
                                 United States Department of Justice
                                 Environment and Natural Resources
                                 Division
                                 4 Constitution Square
                                 150 M Street, NE
                                 Washington, D.C. 20002
                                 (202) 532-3080

                                 *Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Status Report was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record for Petitioners and all other parties, who have registered with the Court's CM/ECF system.

So certified this 10th day of October, 2023 by

/s/ *Jeffrey Hughes*
Jeffrey Hughes
Counsel for Respondents